UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**NKEM STANDLEY ASONFAC**     **CIVIL ACTION NO. 6:20-CV-01218**
**#A203600750**

                                 **JUDGE JUNEAU**

**VERSUS**

                                 **MAGISTRATE JUDGE HANNA**

**CHAD WOLF**

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 10. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for a Writ of Habeas Corpus, Rec. Doc. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE;** the conditions of confinement claim therein is **DISMISSED WITH PREJUDICE**, and all pending motions in this matter are **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of March, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE